IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MURPHY COMPANY, et al,

          Plaintiffs,

        v.

UNITED STATES FOREST SERVICE,
et al,

          Defendants.

No. 1:13-CV-01827-CL

**TEMPORARY RESTRAINING
ORDER**

**PANNER, District Judge:**

IT IS ORDERED that Defendants, United States Forest Service
and United States Bureau of Land Management are hereby temporarily
restrained from enforcing any previously issued suspension or
stop-work orders involving federal timber sale contracts in the
United States, effective as of October 17, 2013 at 10:30 a.m,
Pacific Daylight time, for a period of ten (10) days until Monday,
October 28, 2013 at 10:00 a.m., Pacific Daylight time.

DATED this __17__ day of October, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - ORDER