IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MURPHY COMPANY, et al, | |
| Plaintiffs, | No. 1:13-CV-01827-CL |
| v. | |
| UNITED STATES FOREST SERVICE, et al, | **TEMPORARY RESTRAINING ORDER** |
| Defendants. | |

**PANNER, District Judge:**

IT IS ORDERED that Defendants, United States Forest Service and United States Bureau of Land Management are hereby temporarily restrained from enforcing any previously issued suspension or stop-work orders involving federal timber sale contracts in the United States, effective as of October 17, 2013 at 10:30 a.m, Pacific Daylight time, for a period of ten (10) days until Monday, October 28, 2013 at 10:00 a.m., Pacific Daylight time.

DATED this __17__ day of October, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - ORDER